IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

LEVY ARREOLA RUBIO,

        Defendant.
_____/

CR. NO. S-97-0609 EJG
CIV. NO. S-02-1898 EJG

<u>ORDER GRANTING MOTION TO WITHDRAW RULE 60(b) MOTION</u>

    Defendant, a federal prisoner proceeding <u>pro se</u>, has filed several documents with the court. On January 3, 2006 he filed a Rule 60(b) motion to set aside his conviction and sentence. On the same date he filed a request for production of documents in connection with the Rule 60(b) motion. On January 6, 2006, he filed a motion to withdraw his Rule 60(b) motion.

    The motion to withdraw is GRANTED. The Rule 60(b) motion is withdrawn and will not be considered by the court. The related document request is also deemed withdrawn.

    IT IS SO ORDERED.

Dated: January 11, 2006

                                           /s/Edward J. Garcia
                                           EDWARD J. GARCIA, JUDGE
                                           UNITED STATES DISTRICT COURT